IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. SAWYER FORD GRUBEN*

Case No. 3:16-cr-00018-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge McCoy's Initial Report and Recommendation on Defendant's Motion to Supress (Docket No. 43), in conjunction with the parties' Objections and Responses (Docket Nos. 28, 44 & 45), and the Magistrate's Final Report and Recommendation, (Docket No. 46), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Supress, (Docket No. 22), is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 9, 2016.